United States District Court

Eastern District of Louisiana

Arnold

v.                                                CIVIL ACTION NO. 2:00-cv-00259
                                                                        L(3)
SM Park Du Lac L P


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

   (1) A list of all parties still remaining in this action;

   (2) Copies of all pleadings, including answers, filed by those parties in state court; and

   (3) Copies of the return on service of process on those parties filed in state court.


New Orleans, Louisiana, January 27, 2000.


                                        By Direction of the Court


                                        LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 26  P 3: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEENA ARNOLD  AND | * | CIVIL ACTION **00 - 0259** |
| SHARONDA WALLACE | * | |
| | * | |
| VERSUS | * | SECTION: **SECT. L MAG.3** |
| | * | |
| SM PARK DU LAC, L.P. d/b/a CHENAULT | * | MAGISTRATE: |
| CREEK APARTMENTS, JOHN DOE and | * | |
| ABC INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

THE PETITION of Sheena Arnold and Sharonda Wallace, respectfully show that:

I.

Sheena Arnold and Sharonda Wallace have filed in the Civil District Court for the Parish of

Orleans, State of Louisiana, a suit bearing docket number 99-20187, Division "M", Section 12,

seeking to recover damages as a result of an incident allegedly occurring in the City of New Orleans

on or about December 26, 1998.

II.

The action described in paragraph I hereof is a civil action over which this court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332 as amended, and is one which may be removed to this Court pursuant to the provisions of Title 28, United State Code, Section 1441, et. seq. in that this is a civil action wherein it is facially apparent from the petition that the matter in controversy likely exceeds the sum or value of $75,000 exclusive of interest or costs and is between citizens of different states. There is complete diversity as to the parties to this litigation. Plaintiffs allege they were sexually assaulted and suffered permanent disability plus pain and suffering, medical expenses, and loss of wages in the past, present, and future though defendant has good and sufficient defenses to liability.

III.

Plaintiffs, Sheena Arnold and Sharonda Wallace, at the time this aforementioned action was commenced, were and still are persons of the full age of majority domiciled in the Parish of Orleans, State of Louisiana, as indicated in the introductory paragraph of the petition.

IV.

The defendant, Anthem SM Chenault Creek, II, L.P., was at the time the petition was filed and still is a citizen of Colorado as alleged in Paragraph 1 of the Petition.

V.

The defendant, Anthem SM Chenault Creek, II, L.P., was at the time of the filing of the petition and still is a Colorado Limited Partnership, with its principal place of business in Denver, Colorado, and is erroneously referred to in the petition as SM Park Du Lac, L.P.

VI.

This notice of removal is being filed within thirty (30) days of service of process on the defendant, Anthem SM Chenault Creek, II, L.P., which service was made on December 28, 1999, through CT Corporation Systems.

VII.

Anthem SM Chenault Creek, II, L.P. attaches hereto a copy of the pleadings served upon it in this cause, and Anthem SM Chenault Creek, II, L.P. acknowledges that its agent for service of process, CT Corporation Systems, received its copy of this Petition and Citation on December 28, 1999. (See attachment 1, Petition and Service of Process Transmittal Form to Anthem SM Chenault Creek, II, L.P.)

VIII.

Anthem SM Chenault Creek, II, L.P. will pay all reasonable costs and disbursements incurred by reason of this removal proceeding, should it be determined that the cause is not removable, or is improperly removed.

IX.

Anthem SM Chenault Creek, II, L.P. will properly serve written notice of the filing of this Notice of Removal on the plaintiffs and a copy of this Notice of Removal will be filed with the Clerk of Court, Civil District Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, petitioner, Anthem SM Chenault Creek, II, L.P., erroneously referred to in the petition as SM Park Du Lac, L.P., prays that further proceedings in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing docket number 99-20187, Division "M," Section 12, be discontinued and that said suit be removed to the United States District Court for the Eastern District of Louisiana as the law in such cases provides.

Respectfully submitted,

**BASTIAN & BROOKS**

**EAVELYN T. BROOKS**
Bar No.: 3493
909 Poydras Street, Suite 1200
New Orleans, Louisiana 70112
Telephone: (504) 527-5550
Attorney for Anthem SM Chenault
Creek, II, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record to these proceedings and to the Honorable C. Hunter King of Division "M" of the Civil District Court for the Parish of Orleans, by depositing same in the U. S. Mail, properly addressed and first class postage pre-paid on this 26th day of January, 2000.

**EAVELYN T. BROOKS**