MINUTE ENTRY
FALLON, J.
February 22, 2000

FILED
U S DISTRICT COURT
FEB 24  2 06 PM '00
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

SHEENA ARNOLD, ET AL                    CIVIL ACTION

VERSUS                                  NO. 00-259

ANTHEM SM CHENAULT CREEK II, L.P.       SECTION: L

    Due to a conflict in the Court's schedule, the preliminary telephone conference set for February 29, 2000 is hereby CONTINUED until TUESDAY, MARCH 21, 2000, at 10:45 am.

DATE OF ENTRY FEB 2 5 2000

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
    Doc No. ___