```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2000 FEB 16  P 2: 15

                                    LORETTA G. WHYTE
                                         CLERK
```



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEENA ARNOLD AND<br>SHARONDA WALLACE | * <br> * <br> * | CIVIL ACTION NO.: 00-0259 |
| VERSUS | * <br> * | SECTION: L |
| SM PARK DU LAC, L.P. d/b/a CHENAULT<br>CREEK APARTMENTS, JOHN DOE and<br>ABC INSURANCE COMPANY | * <br> * <br> * | MAGISTRATE: 3 |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR AN EXTENSION OF TIME
### TO RESPOND TO DISCOVERY REQUEST

NOW INTO COURT, through undersigned counsel, comes Anthem SM Chenault Creek, II, L.P., and on suggesting to the Court that the time to answer the Interrogatories and respond to the Request for Production of plaintiffs, Sheena Arnold and Sharonda Wallace, in the above captioned matter will or has expired and that there has been no previous extension of time to respond, that counsel for mover herein will need additional time within which to respond, and that mover requests an additional TWENTY (20) days within which to respond in this matter.

DATE OF ENTRY  FEB 25 2000



```
___Fee
___Process
 X _Dktd
___CtRmDep
   Doc.No.
```

Respectfully submitted,

**BASTIAN & BROOKS**

_/s/ Eavelyn T. Brooks_
**EAVELYN T. BROOKS**
Bar No.: 3493
909 Poydras Street, Suite 1200
New Orleans, Louisiana 70112
Telephone: (504) 527-5550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all Council of record to these proceedings, by depositing same in the U. S. Mail, properly addressed and first class postage pre-paid on this 15th day of February, 2000.

_/s/ Eavelyn T. Brooks_
**EAVELYN T. BROOKS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEENA ARNOLD AND<br>SHARONDA WALLACE | * * * | CIVIL ACTION NO.: 00-0259 |
| VERSUS | * * | SECTION: L |
| SM PARK DU LAC, L.P. d/b/a CHENAULT<br>CREEK APARTMENTS, JOHN DOE and<br>ABC INSURANCE COMPANY | * * * | MAGISTRATE: 3 |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

IT IS ORDERED BY THE COURT that defendant, Anthem SM Chenault Creek, II, L.P., is allowed a delay of twenty (20) days, or until March 5, 2000, within which to file responsive pleadings in this matter.

NEW ORLEANS, Louisiana, this 24 day of Feb, 2000.

_____
U.S. DISTRICT JUDGE

L:\ETB\03176\Motionforextensionoftime.doc