MINUTE ENTRY
FALLON, J.
April 14, 2000

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 APR 14 P 4: 42
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEENA ARNOLD, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-259 |
| SM PARK DU LAC L P, ET AL. | * | SECTION "L" (3) |

IT IS ORDERED that the status conference in the above captioned matter scheduled for Monday, April 17, 2000 at 8:30 a.m. is hereby CONTINUED to Wednesday, May 3, 2000 at 1:30 p.m. at the request of counsel.

DATE OF ENTRY
APR 17 2000