MINUTE ENTRY
FALLON, J.
May 3, 2000

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEENA ARNOLD, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-259 |
| SM PARK DU LAC LP, ET AL. | * | SECTION "L" (3) |

A status conference was held this date at 1:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Roderkick Alvendia for the plaintiffs and Eavelyn Brooks for the defendants. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiffs contact the United States Magistrate Judge assigned to this matter to schedule mutually acceptable dates for a settlement conference to be held no later than 30 days before the pretrial conference.

cc: United States Magistrate Judge Lance M. Africk

DATE OF ENTRY
MAY - 5 2000