```
                                        FILED
                                   U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2000 JUL 17  PM 4:24

                                   LORETTA G. WHYTE
                                          CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**July 17, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**SHEENA ARNOLD, ET AL**                    CIVIL ACTION NO. 00-0259

versus                                       SECTION: "L" (3)

**SM PARK DU LAC L.P., ET AL**

   A settlement conference is scheduled in the above-captioned case on September 14, 2000, at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

   **On or before September 7, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.**

                                    _____
                                    LANCE M. AFRICK
                                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JUL 18 2000