```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                           SEP 14 2000

                                          LORETTA G. WHYTE
                                               CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**September 14, 2000**

                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

**SHEENA ARNOLD, ET AL**                           **CIVIL ACTION NO. 00-0259**

versus                                             SECTION: "L" (3)

**SM PARK DU LAC L.P., ET AL**

      A settlement conference was held on this date. Following discussions amongst the parties the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

```
DATE OF ENTRY
SEP 1 5 2000
```

                                                        **LANCE M. AFRICK**
                                                        **UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**

```
__Fee_____
__Process__
X_Dktd_____
__CtRmDep__
  Doc.No 16
```