FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
SEP 18 2000
00 SEP 18 PM 3:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHEENA ARNOLD, ET AL                    CIVIL ACTION NO. 00-0259

versus                                  SECTION: "L" (3)

SM PARK DU LAC L.P., ET AL

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within thirty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this _18_ day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 19 2000