

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 11 PM 1:34

LORETTA G. WHYTE
CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEENA ARNOLD AND<br>SHARONDA WALLACE | * * * | CIVIL ACTION NO.: 00-0259 |
| VERSUS | * * | SECTION: L |
| SM PARK DU LAC, L.P. d/b/a CHENAULT<br>CREEK APARTMENTS, JOHN DOE and<br>ABC INSURANCE COMPANY | * * * | MAGISTRATE: 3 |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR FINAL DISMISSAL WITH PREJUDICE

ON MOTION of plaintiffs, Sheena Arnold and Sharonda Wallace, appearing herein through undersigned counsel, and upon suggesting to this Honorable Court that all issues herein have been amicably settled and compromised between all parties hereto, and that plaintiffs desire that this lawsuit be dismissed as to all claims and with full prejudice;

Respectfully submitted,

DATE OF ENTRY
OCT 1 2 2000

_____
JOSEPH F. LAHATTE, JR. (#8102)
4431 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 482-5811
Attorney for Plaintiffs, Sheena
Arnold and Sharonda Wallace



## ORDER

IT IS ORDERED that the above captioned matter and all claims therein by and between all parties be and the same are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this /2 day of Oct , 2000.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all Council of record to these proceedings, by depositing same in the U. S. Mail, properly addressed and first class postage pre-paid on this 9th day of October , 2000.

_____
EAVELYN T. BROOKS